# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: admin | Date Created: 1/22/2024 |
| Case: 23−51393 | Form ID: pdfnonrd | Total: 20 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    U.S. Bank Trust National Association, as Trustee for LB−Ranch Series V Trust

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
tr    Devin Derham−Burk    ctdocs@ch13sj.com
aty    Jonathan Nili Vaknin    jonathan@vakninlaw.com
aty    Marisol A. Nagata    bknotifications@ghidottiberger.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Yaakov Meir Nemoy    101 Redding Road    #C6    Campbell, CA 95008
15568327    Apple Card/Gs Bank Usa    Lockbox 6112    PO Box 7247    Philadelphia, PA 19170
15568328    County of Santa Clara    Department of Tax and Collections    110 West Tasman Drive    San Jose, CA 95134
15568329    Department of the Treasury    Centralized Insolvency Unit    P.O. Box 21126    Philadelphia, PA 19114−0326
15564197    Goldman Sachs Bank USA    Lockbox 6112; P.O. Box 7247    Philadelphia, PA 19170
15569404    INTERNAL REVENUE SERVICE    P.O. BOX 7346    PHILADELPHIA, PA 19101−7346
15564198    JP MORGAN CHASE    Po Box 15369    Wilmington, DE 19850−5298
15568330    JPMCB − Card Services    301 N Walnut St., Floor 09    Wilmington, DE 19801−3935
15574046    JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001
15574047    JPMorgan Chase Bank, N.A.    s/b/m/t Chase Bank USA, N.A.    c/o National Bankruptcy Services, LLC    P.O. Box 9013    Addison, Texas 75001
15568331    LOANDEPOT.COM LLC    6561 IRVINE CENTER DR    Irvine, CA 92618
15568332    Prestige Default Services, LLC    1920 Old Tustin Ave.    Santa Ana, CA 92705
15568334    SN Servicing Corporation    13702 Coursey Blvd., Building 1    Baton Rouge, LA 70817
15568333    SN Servicing Corporation    323 Fifth Street    Eureka, CA 95501
15564199    SN Servicing Corporation    325 5 Street    Eureka, CA 95501

TOTAL: 15